# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

BYRON L. WALLACE,
ADC #107098                                                                                                PLAINTIFF

V.                           5:13CV00068 JLH/JTR

MARK WARNER,
Deputy Assistant Warden,
Cummins Unit, ADC, et al.                                              DEFENDANTS

## **ORDER**

On April 2, 2013, the Court entered an Order that: (1) granted Plaintiff permission to proceed *in forma pauperis*; (2) accessed an initial partial filing fee of $2.53; and (3) denied Plaintiff's request for appointment of counsel. *See* Doc. #4. On April 10, 2013, Plaintiff filed a Motion asking the Court to reconsider each of those rulings. *See* Doc. #7. The Court does not find a sufficient reason for doing so.

IT IS THEREFORE ORDERED THAT Plaintiff's Motion for Reconsideration (Doc. #7) is DENIED.

Dated this 15th day of April, 2013.

_____
UNITED STATES MAGISTRATE JUDGE