## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION


BYRON L. WALLACE,
ADC #107098                                                                PLAINTIFF

V.                                  5:13CV00068 JLH/JTR

MARK WARNER,
Deputy Assistant Warden,
Cummins Unit, ADC, et al.                                          DEFENDANTS


## ORDER

On April 29, 2013, the Court issued an Order: (1) allowing Plaintiff to proceed

with his constitutional claims regarding his November 28, 2012 fight with inmate

Timothy Davis; and (2) dismissing his remaining claims about his subsequent housing

assignments. *See* Doc. #9.

On May 13, 2013, Plaintiff filed a "Notice," which will be construed as Motion

to Amend the Complaint. *See* Doc. #10. In that pleading, Plaintiff alleges that ADC

officials are currently housing him with dangerous inmates. *Id.* The Court has

already ruled that Plaintiff must pursue any such claims in a separately filed lawsuit.

*See* Docs. #5 and #9.

IT IS THEREFORE ORDERED THAT Plaintiff's Notice (Doc. #10), which

has been construed as a Motion for Leave to Amend the Complaint, is DENIED.

Dated this <u>22nd</u> day of May, 2013.

_____
UNITED STATES MAGISTRATE JUDGE