**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

BYRON L. WALLACE,
ADC #107098                                                                                                  PLAINTIFF

V.                                       5:13CV00068 JLH/JTR

CHARLES WALKER,
Correctional Officer,
Cummins Unit, ADC, et al.                                                                        DEFENDANTS

**ORDER**

On January 8, 2014, the Court granted Plaintiff's Motion to Compel, in part, and ordered Defendants to file a: (1) sealed copy of the video of the November 28, 2012 fight between Plaintiff and his cellmate; and (2) Supplemental Response explaining whether the shank used by the cellmate has been preserved for trial. *Doc. 52*.

In compliance with that Order, Defendants have filed a sealed copy of the November 28, 2012 video. *Doc. 55*. Defendants have also filed a Supplemental Response explaining that the shank is currently in the possession of the Arkansas State Police and will be preserved for trial. *Doc. 53*.

IT IS THEREFORE ORDERED THAT the remainder of the Motion to Compel (*Doc. 50*) is DENIED AS MOOT.

-1-

Dated this 27th day of January, 2014.

_____
UNITED STATES MAGISTRATE JUDGE