# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

BYRON L. WALLACE,
ADC # 107098                                                                                                PLAINTIFF

V.                                          5:13CV00068 JLH/JTR

CHARLES WALKER,
Correctional Officer,
Cummins Unit, ADC, et al.                                                                       DEFENDANTS

## ORDER

Pending before the Court is Defendant Charles Walker and Corey Rayner's Motion for Summary Judgment. *Doc. 59.* Plaintiff Byron L. Wallace has filed a Response to Motion for Summary Judgment. *Doc. 63.* Pursuant to that Response, Plaintiff alleges that an unspecified recording will resolve various questions of fact material to the pending Motion. *Id. at 2.* Per their Reply to Plaintiff's Response, Defendants dispute that the video will be of assistance in resolving "all issues in this case." *Doc. 66 ¶ 6.* Nevertheless, Defendants have asked leave to file a copy of the video under seal. *Id.*

The Court finds that Defendants' request should be GRANTED.

IT IS THEREFORE ORDERED THAT:

1.     Defendants shall file, under seal, a copy of the video in question within **fourteen (14) days** of this Order's entry.

Dated this 8th day of August, 2014.

                                              _____
                                              UNITED STATES MAGISTRATE JUDGE