**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

BYRON L. WALLACE                                                                        PLAINTIFF
ADC #107098

v.                                         No. 5:13CV00068 JLH/JTR

CHARLES WALKER, Correctional Officer,
Cummins Unit, Arkansas Department of
Correction, et al.                                                                     DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted

by United States Magistrate Judge Thomas J. Ray and plaintiff's objections.  After carefully

considering the objections and making a *de novo* review of the record, the Court concludes that the

Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted

in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.      Defendants' motion for summary judgment is granted.  Document #88.

2.      Plaintiff's failure to protect claims against defendants Rayner and Walker are

dismissed with prejudice.

3.      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis*

appeal from this Order would not be taken in good faith.

DATED this 9th day of February, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE